DANIEL BLAU (Cal. Bar No. 305008)
Email: blaud@sec.gov
CHRISTOPHER A. NOWLIN (Cal. Bar No. 268030)
Email: nowlinc@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Gary Y. Leung, Associate Director
Brent W. Wilner, Associate Director
Douglas M. Miller, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN MARK MARINO, JASON "JAI" JOHNSON, ABRAHAM BORENSTEIN, AND ANTHONY BROWN,<br><br>　　　　Defendants. | Case No. 2:23-cv-00403 CAS(AFMx)<br><br>**NOTICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JOHN MARK MARINO**<br><br>**Date:** August 25, 2025<br>**Time:** 10:00 a.m.<br>Judge: Hon. Christina A. Snyder |

**TO THE CLERK OF THE COURT AND TO THE DEFENDANTS:**

    **PLEASE TAKE NOTICE** that on August 25, 2025 at 10:00 a.m., or as soon thereafter as this matter may be heard by the above-entitled Court, located at 350 W. First Street, Courtroom 8D, 8th Floor, Los Angeles, CA 90012, Plaintiff Securities and Exchange Commission ("SEC") will present its application for entry of default judgment against Defendant John Mark Marino ("Defendant").

DATED: July 21, 2025

Respectfully submitted,

*/s/ Daniel O. Blau*
Daniel O. Blau
Christopher A. Nowlin
Attorneys for Plaintiff
Securities and Exchange Commission